Prob12
Rev(3/88)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

U.S.A. vs. THOMAS HARRISON          Docket No. 053L 2:00CR00173-1C

## Petition to Recall Warrant

COMES NOW <u>CORNELL J. MANUEL</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Thomas M Harrison</u>, who was placed on supervision by the Honorable <u>Helen G. Berrigan</u> sitting in the Court at <u>New Orleans, Louisiana,</u> on January 31, 2001, who fixed the period of supervision at <u>three</u> years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Orientation and Life Skills
2. Drug testing/treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

On August 30, 2006, Harrison was arrested by personnel of the New Orleans Police Department and was charged with aggravated battery by shooting. He was released on August 31, 2006, after posting a $3,000.00 bond. Harrison was again arrested by personnel of the New Orleans Police Department and charged with aggravated battery by shooting on September 5, 2006. It should be noted the victim is the same person in both incidents. A warrant was filed on September 8, 2006, to be held as a detainer pending the disposition in both cases.

On November 6, 2006, Harrison appeared in Orleans Parish Magistrate Court where the charges were refused by the Orleans Parish District Attorney's Office. He was released on November 6, 2006.

PRAYING THAT THE COURT WILL ORDER that the warrant issued on September 8, 2006, be recalled, and the case be allowed to continue under the current conditions of supervision.

ORDER OF COURT

Considered and ordered this 27th day of November, 2006, and ordered filed and made a part of the records in the above case.

_____
Helen G. Berrigan
U. S. District Judge

Original  - Clerk's Office
1 Copy    - U.S. Marshal
1 Copy    - U.S. Attorney
2 Copies  - U.S. Probation

Respectfully,

Cornell J. Manuel
U.S. Probation Officer
504-589-3218

Place: New Orleans, Louisiana

Date: November 20, 2006

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.