# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

THOMAS M. HARRISON

**WARRANT FOR ARREST**

CASE NUMBER: 00-173 C

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Thomas M. Harrison** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  ( X ) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with Distribution of cocaine base

in violation of Title 21 United States Code, Section(s) 841(a)(1)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**September 8, 2006   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer

P. Hebert
(By) Deputy Clerk

Bail fixed at $ _____   by _____
Name of Judicial Officer

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc No_____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Warrant Recalled

| DATE RECEIVED 9-8-2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11-28-2006 | Dwsm J Klonowski | J Klon |

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

**RETURN**

UNITED STATES OF AMERICA

V.

THOMAS M. HARRISON

**WARRANT FOR ARREST**

CASE NUMBER: 00-173 C

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Thomas M. Harrison** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment ( ) Information ( ) Complaint ( ) Order of Court ( ) Probation Violation Petition ( X ) Supervised Release Violation Petition ( ) Violation Notice

charging him or her with Distribution of cocaine base

in violation of Title 21 United States Code, Section(s) 841(a)(1)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer

P. Hebert

(By) Deputy Clerk

**September 8, 2006   New Orleans, Louisiana**
Date and Location

Bail fixed at $ _____   by _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ ||| 
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |