UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 00-173 C |
| VERSUS | **ORDER** |
| | ___ Appointing Counsel |
| | ___ Substituting Counsel For: |
| THOMAS HARRISON | |
| | ___ Ratifying Prior Service |
| | ___ Extending Appointment For Appeal |

CHARGE:

___ FELONY    ___ MISDEMEANOR

**X** The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**VIRGINIA SCHLUETER, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 501 MAGAZINE ST, NEW ORLEANS, LA 70130 PHONE: (504)589-2468**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

___ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on   NOVEMBER 19, 2007

UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (Only if defendant is ordered to pay)

___ Fee _____
___ Process _____
**X** Dktd _____
___ CtRmDep _____
___ Doc. No _____

# FINANCIAL AFFIDAVIT
**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|

IN THE CASE OF: _____ VS. _____
FOR / AT: _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Thomas Harrison

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**CHARGE/OFFENSE**: ☐ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate: 07-291 "N"
District Court: 
Court of Appeals: 00-173 "C"

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed — May 2007
- Name and address of employer: Service Master
- IF NO, give month and year of last employment. How much did you earn per month? $7.00/hr
- If married is your Spouse employed? ☐ Yes ☐ No

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $8/hr Harrison Builders 9 months; $10/hr LaMaison Packing & moving

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No — $ -0-

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☑ Yes ☐ No
- VALUE: $14,000 — 2002 Chevy Tahoe — Payment $367.00
- $7,000 — 2001 Alero — $234.00

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support: Taliyah 9yrs, Tasiia Harris 9yrs

**DEBTS & MONTHLY BILLS**
| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Fed Credit Union Chevy | $14,000 | $367.00 |
| | Fed Credit union | $7,000 | $234.00 |
| | Rent | | $1240.00 |
| | Utilities | | $205.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): November 19, 2007

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Thomas Harrison