MINUTE ENTRY
MOORE, M.J.
NOVEMBER 19, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-173 |
| THOMAS HARRISON | SECTION "C" |

**INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION**

APPEARANCES:  X  DEFENDANT WITH /(WITHOUT) COUNSEL _____
                    X  ASSISTANT U.S. ATTORNEY  FREDERICK VETERS
                    X  PROBATION OFFICER  CORNELL MANUEL
                    ___ INTERPRETER _____ SWORN
                    (TIME: _____.M to _____.M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
     November 29, 2007 at 2:00 p.m.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

**X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
BEFORE UNITED STATES DISTRICT JUDGE HELEN BERRIGAN**

MJSTAR: :

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No