UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *      CRIMINAL NO. 00-173

v.      *      SECTION: "C"

THOMAS HARRISON      *

\*    \*    \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through undersigned

Assistant United States Attorney, and respectfully represents:

I.

Defendant, Thomas Harrison, pled guilty in this Court on August 31, 2000, for

violating Title 21, United States Code, Section 841(a)(1), Distribution of Cocaine Base. On January

31, 2001, Harrison was sentenced to serve a seventy month term of imprisonment followed by a

three year term of supervised release. Additionally, Harrison was ordered to pay a $300.00 special

assessment fee. The terms and conditions of Harrison's supervised release are set forth in the

Judgment and Order Revoking Probation as well as in the Petition for Warrant or Summons for

Offender Under Supervision filed on June 29, 2007. (A Copy of the Petition for Warrant or

Summons for Offender Under Supervision is attached as Exhibit 1 and incorporated by reference.)

Harrison violated the terms and conditions of his supervised release in the manner set forth in Exhibit 1.

**WHEREFORE**, the government prays that Harrison be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, on the **23rd** day of **January, 2008**, at **9:00 a.m.,** 500 Poydras Street, New Orleans, Louisiana, why supervised  release should not be revoked for his failure to abide by the terms of said supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


s/Frederick W. Veters, Jr.
FREDERICK W. VETERS, JR.
Assistant United States Attorney
Louisiana Bar Roll No. 23584
Hale Boggs Federal Building
500 Poydras Street, 210-B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3073
frederick.veters@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.


s/Frederick W. Veters, Jr.
Assistant United States Attorney