Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** THOMAS M HARRISON   **Case Number:** 053L 2:00CR00173-001C

**Name of Sentencing Judicial Officer:** Honorable Helen G. Berrigan

**Offense:** 21 USC 841(a)(1) - Distribution of cocaine base

**Date of Sentence:** January 31, 2001

**Sentence:** Seventy months in the custody of the Bureau of Prisons, as to Counts 1, 2 and 3, to be served concurrently, followed by a three year term of supervised release as to each count. A $300.00 special assessment fee was also ordered.

**Special Conditions:**

1. Orientation and life skills
2. Drug testing/treatment

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** August 27, 2004
**Assistant U.S. Attorney:** Tracy Knight   **Defense Attorney:** Ike Spears

### PETITIONING THE COURT

[ X ] To issue a warrant to be lodged as a detainer   [ ] To issue a summons

For the arrest of Thomas M Harrison for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On June 21, 2007, Thomas Harrison was arrested by personnel of the Jefferson Parish Sheriff's office and charged with possession of more than 400 grams of cocaine and possession of drug paraphernalia. Harrison appeared in the 24th Judicial District Court for his Initial Appearance Hearing at which time, a bond was set at $150,000.00. This case is still pending and no court hearings have been scheduled to date. |

**CUSTODIAL STATUS:**

Thomas Harrison is presently in the custody of the Jefferson Parish Correctional Center.

Executed on: June 29, 2007



GOVERNMENT EXHIBIT 1

*Cornell J. Manuel*
Cornell J. Manuel
U.S. Probation Officer

REVIEWED BY:

*Stephanie H. Williams /CW*
Stephanie H. Williams
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*[signature]*
Signature of Judicial Officer

7/2/07
Date

Address of Offender:    2317 Nile Street
                        Gretna, LA 70056

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
  Original          - Clerk's Office
  1 Copy Certified  - U.S. Attorney
  1 Copy Certified  - U.S. Marshal's Office
  2 Copies Certified - U.S. Probation Office

NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



CLERK'S OFFICE
A TRUE COPY
JUL - 3 2007
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.