UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-173 |
| v. | * | SECTION: "C" |
| THOMAS HARRISON | * | |

\* \* \*

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that Thomas Harrison appear before this Court on the **23rd** day of **January**, **2008** at **9:00 a.m.** to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 27th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE