UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

IT IS ORDERED that the following criminal matters set for April 16, 2008, be and are hereby **RESET** to be held on **Monday, April 14, 2008, at 10:00 a.m.**

**cr00-173**    UNITED STATES OF AMERICA V THOMAS HARRISON
　　　　　　　Rule to Revoke Supervised Release

**cr05-257**    UNITED STATES OF AMERICA V RONALD THOMPSON, JR.
　　　　　　　Sentencing

**cr06-313**    UNITED STATES OF AMERICA V TEAK O. CAMPBELL
　　　　　　　Sentencing

**cr07-264**    UNITED STATES OF AMERICA V LINDA SOUTHALL
　　　　　　　Sentencing

New Orleans, Louisiana, this ____4th____ day of April 2008.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE