UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-173 |
| THOMAS HARRISON | * | SECTION: "C" |

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that the defendant's motion for a continuance of the revocation hearing is granted, and

**IT IS FURTHER ORDERED** that the hearing on the Rule to Revoke Supervised Release in the captioned matter is hereby continued to the  20th  day of  August , 2008, at  9:00   A . M .

New Orleans, Louisiana, this  14th  day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE