MINUTE ENTRY
BERRIGAN, J.
APRIL 14, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-173 |
| THOMAS HARRISON | SECTION: "C" |

IN COURT HEARING

**APPEARANCES:**   Frederick William Veters, Jr., Asst. U.S. Attorney
George Chaney, Jr., Counsel for Defendant
Thomas Harrison, Defendant
Cornell J. Manuel, U. S. Probation Officer

COURT RECORDER:     Bonnie Hebert
COURTROOM DEPUTY:   Kimberly County

Case called.
Considering the defendant having filed a motion to continue, IT IS ORDERED that the Rule to Revoke is CONTINUED to **August 20, 2008, at 9:00 a.m.**
Court notes that after the pending charges against the defendant have been resolved, counsel may petition the Court to move the Rule to Revoke to a date prior to August 20, 2008.
Deft remanded to the U. S. Marshal.
Court adjourned.

JS-10:  00:02