UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-173 |
| THOMAS HARRISON | * | SECTION: "C" |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE REVOCATION HEARING**

**NOW COMES** the defendant Thomas Harrison, who through undersigned counsel, respectfully requests that this Honorable Court grant his motion to continue the revocation hearing in this matter, which is presently set for Wednesday, August 20, 2008. The reasons for this motion are set forth below.

1. The defense has spoken to the government about this matter and is in the process of collecting information regarding the alleged violations. The defense needs additional time to prepare to address the allegations contained in the Rule to Revoke Supervised Release.

2. Defendant has an open case in Judge Engelhardt's Court, Case No. 07-291, that must be resolved before this matter can be disposed of.

3. Assistant United States Attorney Frederick Veters has no objection to this motion.

**WHEREFORE**, the defendant, respectfully requests that this Honorable Court grant his motion to continue the revocation hearing and reset the matter for approximately 60 to 90 days in the future.

Respectfully submitted this  19th  day of August, 2008.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


/s/George Chaney, Jr.
GEORGE CHANEY, JR.
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar # 22215
e-mail: george_chaney@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Frederick Veters, Assistant United States Attorney, and Cornell Manuel, United States Probation Officer, at 500 Poydras Street, New Orleans, Louisiana, 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/George Chaney, Jr.
GEORGE CHANEY, JR.
Assistant Federal Public Defender